IN THE COMMONWEALTH COURT OF PENNSYLVANIA

James Maransky, Kevin Baird,               :
Moyer Street Associates, LP, FT            :
Holdings LP,  Icehouse LLC,                 :
and EPDG LP                                 :
                                            :
                v.                          :  No. 559 C.D. 2018
                                            :
John Scott,                                 :
                        Appellant           :

## **O R D E R**

NOW, May 21, 2019, having considered appellant's application for reargument and appellees' answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge